UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHRISTOPHER CELONA, )<br>PRUDENCE CELONA, and )<br>PAUL CELONA, )<br>    Plaintiffs )<br>vs. )<br> )<br>NEIL ERICKSON, In his official )<br>capacity as Police Chief )<br>JAMES F. TRIFIRO, In his individual )<br>capacity as a police officer )<br>RUSS ST. PIERRE, In his individual )<br>Capacity as a police officer )<br>    Defendants ) | CA. No. 4:15-cv-40147-TSH |

## JOINT STATEMENT OF THE PARTIES PURSUANT TO LOCAL RULE 16.1(D)

1. **Discovery Plan**: The parties agree on the following discovery deadlines:

   Initial disclosures: The Parties agree to complete the initial disclosures required by Fed.R. Civ.P. 26(a)(1) on or before  04/15/16  .

   Amendments to Pleadings: Except for good cause shown, no motions seeking leave to add new parties or to amend the pleadings to assert new claims or defenses may be filed after           04/22/16           .

   Fact Discovery – Interim Deadlines:

   a. All requests for production of documents and interrogatories must be served by         08/19/16           .

   b. All requests for admission must be served by    08/19/16       .

   c. All depositions, other than expert depositions, must be completed by 09/30/16.

   Fact Discovery – Final Deadline: All discovery, other than expert discovery, must be completed by  09/30/16       .

Expert Discovery:

    a. Plaintiff(s)' trial experts must be designated, and the information contemplated by Fed.R.Civ.P. 26(a)(2) must be disclosed, by 10/31/16.

    b. Plaintiff(s)' trial experts must be deposed by 11/30/16.

    c. Defendant(s)' trial experts must be designated, and the information contemplated by Fed.R.Civ.P. 26(a)(2) must be disclosed, by 11/30/16.

    d. Defendant(s)' trial experts must be deposed by 12/30/16.

2. **Schedule for Filing of Motions**: The parties agree on the following schedule relative to the filing of Motions:

    Dispositive Motions:

    a. Dispositive motions, such as motions for summary judgment or partial summary judgment and motions for judgment on the pleadings, must be filed by 01/29/17.

    b. Oppositions to dispositive motions must be filed within 30 days after service of the motion.

Dated: March 29, 2016

        The Plaintiffs,

        */s/ J. Steven Foley*
        J. Steven Foley, Esquire
        Law Office of J. Steven Foley
        100 Pleasant Street # 100
        Worcester, MA 01609
        JSteven@attorneyfoley.com

        The Defendants,
        By their attorney,

        /s/ *Courtney E. Mayo*
        Gerard T. Donnelly, Esquire
        BBO # 553283
        Courtney E. Mayo, Esquire
        BBO # 657790
        Hassett & Donnelly, P.C.
        446 Main Street - 12th Floor
        Worcester, MA 01608
        Phone:  (508) 791-6287
        gdonnelly@hassettanddonnelly.com
        cmayo@hassettanddonnelly.com

## CERTIFICATE OF SERVICE

     I, Courtney E. Mayo, counsel for the defendants in the above-entitled matter, hereby certify that I have served a copy of the foregoing upon all parties through the Electronic Case Filing system this 29th day of March 2016 to:

J. Steven Foley, Esquire
Law Office of J. Steven Foley
100 Pleasant Street # 100
Worcester, MA 01609
JSteven@attorneyfoley.com

        /s/ Courtney E. Mayo
        Courtney E. Mayo, Esquire