UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHRISTOPHER CELONA, ) | |
| PRUDENCE CELONA, and ) | |
| PAUL CELONA, ) | |
|     Plaintiffs ) | |
| vs. ) | |
| ) | CA. No. 4:15-cv-40147-TSH |
| NEIL ERICKSON, In his official ) | |
| capacity as Police Chief ) | |
| JAMES F. TRIFIRO, In his individual ) | |
| capacity as a police officer ) | |
| RUSS ST. PIERRE, In his individual ) | |
| Capacity as a police officer ) | |
|     Defendants ) | |

**<u>DEFENDANTS CHIEF NEIL ERICKSON, SERGEANT JAMES F. TRIFIRO, AND SERGEANT RUSS ST. PIERRE'S ASSENTED TO MOTION FOR EXTENSION OF TIME TO FILE AN OPPOSITION TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT</u>**

NOW COME the defendants, Chief Neil Erickson, Sergeant James F. Trifiro and Sergeant Russ St. Pierre in the above-entitled matter and hereby move this Honorable Court for an extension of time up to and including January 11, 2017 to Oppose the Plaintiffs' Motion for Summary Judgment filed on December 1, 2016. As reasons therefore, the defendants state that counsel for the defendants is otherwise engaged in another matter for the next two (2) weeks and unable to give the Defendants' Opposition the attention the matter requires. Due to the upcoming holidays and counsel's vacation schedule, the defendants are requesting up to and including January 11, 2017 to file their Opposition to the Plaintiff's Motion for Summary Judgment. This filing date is one (1) week prior to the hearing date already scheduled for January 18, 2017 and will (hopefully) provide this Honorable Court with enough time to review the pleadings. The plaintiffs assent to the within motion.

        The Defendants,
By their attorneys,

/s/*Courtney E. Mayo*
Gerard T. Donnelly, Esquire
BBO # 553283
Courtney E. Mayo, Esquire
BBO # 657790
Hassett & Donnelly, P.C.
446 Main Street - 12th Floor
Worcester, MA 01608
Phone:  (508) 791-6287
gdonnelly@hassettanddonnelly.com
cmayo@hassettanddonnelly.com

## CERTIFICATE OF SERVICE

I, Courtney E. Mayo, counsel for the defendants in the above-entitled matter, hereby certify that I have served a copy of the foregoing upon all parties by electronic mail this 7th day of December 2016 to:

J. Steven Foley, Esquire
Law Office of J. Steven Foley
100 Pleasant Street # 100
Worcester, MA 01609
JSteven@attorneyfoley.com

/s/ Courtney E. Mayo
Courtney E. Mayo, Esquire