IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **CHRISTOPHER CELONA,** <br> **PRUDENCE CELONA,** <br> **PAUL CELONA,** <br>   Plaintiffs, <br><br> v. <br><br> **NEIL ERICKSON,** <br>   In both his official capacity and individual capacity as Police Chief, <br> **JAMES F. TRIFIRO,** <br>   In both his official capacity and individual capacity as a Police Officer, <br> **RUSS ST. PIERRE,** <br>   In both his official capacity and individual capacity as a Police Officer, <br><br>   **Defendants.** | C.A. No. 4:15-CV-40147-TSH |

## PLAINTIFFS CHRISTOPHER CELONA, PRUDENCE CELONA AND PAUL CELONA'S PROPOSED REPLY IN SUPPORT OF THEIR MOTION TO DISMISS

## ARGUMENT

### I. Both the Supreme Court and 1st Circuit have ruled that injury to a constitutional right are sufficient to give a person standing.

That Christopher Celona later received his LTC does mean he was not damaged by the denial. Both the Supreme Court and the 1st Circuit have ruled on this. See **District of Columbia v. Heller**, 554 U.S. 570, 128 S. Ct. 2783, 171 L. Ed. 2d 637) (2008) ("We have consistently treated a license or permit denial

1

pursuant to a state or federal administrative scheme as an Article III injury."); see also **Hightower v. Boston**, 693 F.3d 61, 69 (1st Circuit 2011)("As to standing to bring at least claims as to the Class A license, it is clear that the revocation of Hightower's license constitutes an injury that suffices to satisfy the minimum requirements of Article III standing, regardless of whether Hightower can apply for another license.") see also **Davis v. Grimes**, 9 F. Supp. 3d 12, 23 (D. Mass. 2012)( "It is well-settled that the denial of a firearms license constitutes an injury that satisfies the minimum requirements of Article III standing.")

Christopher Celona meets the two- prong test laid out by various courts: his case involves hard core facts, not speculation; and there was direct and immediate harm in that his livestock was attacked by a wild animal, which he could have prevented had the Defendants not stripped him of his firearms.

DATE: _____

_____

J. Steven Foley, Esq.
Attorney At Law
11 Pleasant St., Suite 100
Worcester, MA 01609
(508) 754-1041
BBO # 685741
www.attorneyfoley.com

**CERTIFICATION**

I hereby certify that a true copy of the above referenced document was served upon the Plaintiff's attorney of record by mail on _____.

_____
Steven Foley